IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY ZALENSKI | : |
| Plaintiff, | : |
| v. | : 3:15-CV-2428 |
| | : (JUDGE MARIANI) |
| WILKES-BARRE HOSPITAL | : |
| COMPANY, LLC d/b/a | : |
| WILKES-BARRE GENERAL HOSPITAL | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 7TH DAY OF SEPTEMBER, 2017,** upon consideration of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 35) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 35) is **ADOPTED** for the reasons set forth therein.

2. Defendant's Motion for Summary Judgment (Doc. 24) is **GRANTED**.

3. Judgment is entered **IN FAVOR** of Defendant Wilkes-Barre Hospital Company, LLC and **AGAINST** Plaintiff Shirley Zalenski.

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

Robert D. Mariani
United States District Judge